**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**INTEGRATED DIRECT MARKETING, LLC**                                    **PLAINTIFF**

v.                              Case No. 4:15-mc-00010-KGB

**DREW MAY and MERKLE, INC.**                                            **DEFENDANTS**

## ORDER

Before the Court is plaintiff's motion for voluntary dismissal of this miscellaneous action (Dkt. No. 5). For good cause shown, the Court grants plaintiff's motion. The Court dismisses without prejudice this action and denies as moot all pending motions.

SO ORDERED this the 21st day of May, 2015.

_____
Kristine G. Baker
United States District Judge